

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number: 01-21-00051-CR

Trial Court Cause
Number: 16-CCR-190942

Style: Rodolfo Rico

**v** The State of Texas

Date motion filed*: June 29, 2022

Type of motion: Motion to Extend Time to File En Banc Reconsideration

Party filing motion: Appellant

Document to be filed: Motion for En Banc Reconsideration

Is appeal accelerated? ☐ Yes  ☐ No

If motion to extend time:

Original due date: July 1, 2022

Number of previous extensions granted:

Date Requested: August 10, 2022

Ordered that motion is:

☐ Granted

If document is to be filed, document due:

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☐ The Court will not grant additional motions to extend time.

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☒ Other: _____

The motion for extension is granted in part. The Motion for En Banc Reconsideration, if any, shall be filed by July 29, 2022.

_____

_____

Judge's signature: /s/ Sherry Radack
☒ Acting individually   ☐ Acting for the Court

DATE: July 19, 2022